Stewart & Stewart, for Appellants.

———

Otto A. Trost, Appellant, v. Commercial Bank of Ocala, a Corporation, *et al.*, Appellees.

Appeal from a Decree of the Circuit Court for Marion County.

Appeal dismissed on praecipe of counsel for Appellant, June 12, 1914.

Spencer & Hocker, for Appellant;

Hocker & Martin, for Appellees.